UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RANDALL C. EDELMAN,

                                    Plaintiff,                    **ORDER**
                                                                 CV 14-6033 (SJF)(ARL)
                    -against-

TACHLINK, INC. And MICHAEL A.
POTENZA, Individually,

                                    Defendants.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**


        Before the court is the parties' application to have the court so order a stipulated
confidentiality agreement.  Paragraph 8 of the Stipulated Confidentiality Order sets forth a
procedure by which the parties are to file confidential documents with the Court.  This procedure
involves filing confidential documents in sealed envelopes.  Because all documents, including
sealed documents, must be electronically filed, the parties are directed to follow the Steps for E-
filing Sealed Documents located on the Eastern District of New York homepage.  Accordingly,
the Stipulated Confidentiality Order is so ordered subject to the above-modification.


Dated: Central Islip, New York               **SO ORDERED:**
       March 26, 2015


                                             _____/s_____
                                             ARLENE R. LINDSAY
                                             United States Magistrate Judge